Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E. Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ALICIA ROMERO, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ENHANCED RECOVERY CORPORATION,<br><br>　　　　　Defendant. | *E-FILED - 9/8/05*<br><br>**Case No. C05-01848 RMW**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE & ORDER**<br><br>**Date:  September 9, 2005<br>Time: 10:30 a.m.<br>HON. R.M. WHYTE** |

　　　Plaintiffs counsel Ronald Wilcox has a hearing in San Francisco the morning the Case Management Conference is to take place.  Thus, Ronald Wilcox respectfully requests to be appear at the Case Management Conference telephonically (Tel: 408-506-2856).

Dated: 9/2/2005　　　　　　　　　　　By _/s/ Ronald_Wilcox_____
　　　　　　　　　　　　　　　　　　　　Ronald Wilcox, Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　ALICIA ROMERO

REQUEST FOR TELEPHONIC APPEARANCE and ] ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ORDER ALLOWING TELEPHONIC APPEARANCE**

Ronald Wilcox is hereby allowed to appear telephonically at the above-mentioned Case Management Conference.

**IT IS SO ORDERED.**



_____   9/8/05
HON. RONALD M. WHYTE               _____
U.S. DISTRICT JUDGE                Date