1  Ronald Wilcox, Esq., 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  O. Randolph Bragg
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
5  25 E. Washington Street, Suite 900
   Chicago, IL 60602
6  Tel: (312) 372-8822
   Fax: (312) 372-1673
7
   ATTORNEYS FOR PLAINTIFF
8

**FILED**

**SEP - 8 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

**E-filing**

11  ALICIA ROMERO, an individual, on            )
    behalf of herself and all others similarly  )
12  situated,                                   )
                                                )
13           Plaintiff,                         )
                                                ) Case No. C 05-01848-~~RS~~ RMW
14       v.                                     )
                                                ) STIPULATION TO MEDIATION
15  ENHANCED RECOVERY                           ) and [~~PROPOSED~~] ORDER
    CORPORATION,                                )
16                                              )
             Defendant.                         )
17                                              )

18   The parties hereby stipulate to mediation as a form of ADR.

19   _____
     Date        Ronald Wilcox, counsel for plaintiffs
20
     08/26/05
21   Date        Brain J. Hannon, counsel for defendant

22   IT IS SO ORDERED.

     9/8/05
23   Date        Ronald M. Whyte
                 U.S. ~~MAGISTRATE~~ DISTRICT JUDGE
24