| | |
|---|---|
| 1 | Ronald Wilcox, State Bar No. 176601 |
| | Attorney at Law |
| 2 | 2160 The Alameda, 1st Floor, Suite F |
| 3 | San Jose, CA 95126 |
| | Tel: (408) 296-0400 |
| 4 | Fax: (408) 296-0486 |
| | ronaldwilcox@post.harvard.edu |
| 5 | ATTORNEYS FOR PLAINTIFF |
| 6 | |
| | Brian J. Hannon, State Bar No. 099750 |
| 7 | McGRANE, GREENFIELD, |
| | HANNON & HARRINGTON, LLP |
| 8 | 40 South Market Street, Seventh Floor |
| | San Jose, CA 95113 |
| 9 | Tel:  (408)995-5600 |
| | Fax:  (408)995-0308 |
| 10 | bhannon@mghhsj.com |
| 11 | ATTORNEYS FOR DEFENDANT |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 12/6/05*

| | |
|---|---|
| ALICIA ROMERO, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENHANCED RECOVERY CORPORATION,<br><br>Defendant. | CIV. NO. C05-01848 RMW<br><br>STIPULATION AND REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION AND [PROPOSED] ORDER<br><br><br>Location: San Jose Courthouse<br>Mediator: Lynne Higgs |

Defendant's attorney, Brian J. Hannon, is scheduled to have eye surgery the week of December 12, 2005. Mediation in this matter is presently scheduled for December 15, 2005. Therefore, in order to accommodate Mr. Hannon's scheduled surgery, the parties agree that the mediation shall be continued to December 19, 2005. The parties request an extension of

- 1 -

1  time to complete the mediation up to, and including December 19, 2005. This does not waive
2  the rights of any party to request ADR Magistrate Brazil that the party be permitted to
3  participate telephonically at the mediation.

Dated: November 28, 2005

/s/Ronald Wilcox
**Ronald Wilcox, Counsel for Plaintiff**

Dated: November 28, 2005

Brian J. Hannon, Counsel for Defendant

[PROPOSED] ORDER

The parties shall be allowed to conduct the mediation on or before December 19, 2005.

**IT IS SO ORDERED:**

/S/ RONALD M. WHYTE                                12/6/05
**HON. RONALD M. WHYTE, U.S. DISTRICT COURT JUDGE**      DATE