Ronald Wilcox, State Bar No. 176601
Attorney at Law
2160 The Alameda, 1st Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 E. Washington Street, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

*E-FILED - 1/6/06*

| | |
|---|---|
| ALICIA ROMERO, an individual, on behalf of herself and all others similarly situated,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**ENHANCED RECOVERY CORPORATION,**<br><br>**Defendant.** | CIV. NO.  C05-01848 RMW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On this day the Court considered Plaintiff's Agreed Motion To Dismiss with Prejudice.  The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice as to Plaintiff and without Prejudice as to rights of the putative class members.  All relief not expressly not expressly granted in this order is denied.

**Signed this** \_\_6\_\_ **day of** \_January\_, 2006.

/s/ Ronald M. Whyte
_____
**UNITED STATES DISTRICT JUDGE**